PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Conrado Gil-Rojas | ) | Case No. 2:09CR02110-WFN-7 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Conrado Gil-Rojas, have discussed with James A. Moon, U.S. Probation Officer, modification of my release as follows:

Removal of Condition 28: The defendant shall participate in one or more of the following home confinement programs: electronic monitoring; G.P.S. Monitoring; and Home Detention.

All other conditions of my release will remain in effect.

The modification is recommended based upon:

The defendant has been on a home confinement G.P.S. monitoring program since his release from confinement on April 22, 2010. He has complied with his conditions of release, except for a few minor issues related to arriving home late or clarifying an outing from his home. Those were addressed informally with the defendant by this officer, and they did not rise to the level requiring a violation report. He obtained work early in his release, first for his landlord, and in August for Matson Fruit, Selah, where he continues to work full time. He has progressed satisfactorily through treatment at Merit, completing an intensive out patient program and now he is in aftercare. His urine samples have been clean. He has not had any law violations. This officer believes that based upon the defendant's history since his release that the electronic/G.P.S. Monitoring/home confinement is not necessary to address his risk of flight/nonappearance or dangerousness to the community, and I recommend the above condition be removed.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-4-10    _____  11-4-10
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/5/2010
Signature of Defense Counsel    Date

I have reviewed the request and do not object to the modification.

_____  11/8/10
Signature of Assistant U.S. Attorney    Date

Case 2:09-cr-02110-WFN   Document 524   Filed 11/08/10

Conrado Gil-Rojas
Docket 2:09CR02110-WFN-7
Consent to Modify Conditions of Release
Page 2

[X]   The above modification of conditions of release is ordered, to be effective on 11-8-10.

[ ]   The above modification of conditions of release is not ordered.

_____          11/8/10
Signature of Judicial Officer              Date